IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IVEY CROSBY,

    Petitioner,

v.                                                    CV No. 20-372 KG/CG

FNU LNU, Warden,

    Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. The docket reflects a recent mailing to Mr. Crosby was returned as undeliverable with a notation "RTS: Deported." (Doc. 3). Based on the petition, it appears Mr. Crosby may have been transferred to Florida, rather than deported from the United States. If Mr. Crosby still wishes to prosecute this action, he must notify the Clerk of his new address by June 12, 2020. *See* D.N.M. LR-Civ. 83.6 (*pro se* parties have a continuing duty to notify the Court of their current address); *Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that no later than **June 12, 2020**, Mr. Crosby shall update his address or show cause why this action should not be dismissed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE