IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IVEY CROSBY,

    Petitioner,

v.                                     Civ. No. 20-372 KG-CG

FNU LNU,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's 28 U.S.C. § 2241 Petition (Doc. 1) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE